# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128683

DEBORAH S. VanZANDT,
      Petitioner-Appellant,

v

STATE EMPLOYEES' RETIREMENT SYSTEM,
      Respondent-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128683
COA: 251666
Ingham CC: 02-000948-AA

_____/

On order of the Court, the application for leave to appeal the March 31, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

Clerk

t1121